UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA WAUTHION-MELGAR,<br><br>Plaintiff,<br><br>v.<br><br>BP PRODUCTS NORTH AMERICA INC. and DOE 1 through 50, inclusive,<br><br>Defendants. | Case No.  CV 13-6075-MWF (JCx)<br><br>HON. MICHAEL W. FITZGERALD<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>**[CHANGES MADE BY COURT]** |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:**

The Parties' Stipulated Protective Order ("Protective Order") is hereby entered in its entirety as the order of this Court with the following modifications:

1. To the extent any ambiguity regarding the matter exists:

    a) Paragraph 4(a) of the Protective Order does not prohibit the disclosure of CONFIDENTIAL INFORMATION produced or designated in accordance with Paragraph 3 to the Court;

    b) Paragraph 4(b) of the Protective Order does not prohibit the Court/Court personnel from maintaining custody of CONFIENTIAL INFORMATION; and

    c) Paragraph 4(f) of the Protective Order does not apply to the Court/Court personnel.

2. The second sentence of Paragraph 11 of the Protective Order is modified to read:  "The Parties and their counsel do not intend this stipulation to be construed to create a contract between the Parties or between the Parties and their respective counsel."

3. Exhibit A to the Protective Order is modified to insert the following language in the third line of the attestation between "Order" and (the "Stipulation"): "as modified by the Court on February 28, 2014".

Dated:  February 28, 2014

                                                    /s/
                                    Hon. Jacqueline Chooljian
                                    U.S. MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

2.